# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128410

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                         SC: 128410
                                                         COA: 251513

RODNEY CORNELIUS MASON,
     Defendant-Appellant.
                                                        St. Clair CC: 03-000950-FH

_____/

On order of the Court, the application for leave to appeal the February 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

d1024

Clerk